A91A0815. THOMAS v. THE STATE.
(406 SE2d 811)

ANDREWS, Judge.

Thomas entered a guilty plea to a charge of aggravated assault, for which the maximum sentence is 20 years imprisonment. OCGA § 16-5-21 (b). He was sentenced to 15 years, ten years of imprisonment and five years of probation. On appeal, Thomas contends that the sentence constituted cruel and unusual punishment.

" 'This court is not empowered to modify a sentence which is within the statutory limits for the offense. (Cits.)' " *Morgan v. State,* 197 Ga. App. 397 (398 SE2d 866) (1990). " ' "Any question as to the excessiveness of a sentence, which in this case was within the legal limits, should be addressed to the appropriate sentence review panel." (Cits.)' [Cits.]" *Gordon v. State,* 190 Ga. App. 414 (1) (379 SE2d 221) (1989).

*Judgment affirmed. Sognier, C. J., and McMurray, P. J., concur.*

DECIDED MAY 29, 1991.

*Bennett, Wisenbaker & Bennett, C. Richard Williams, Jr.,* for appellant.

*H. Lamar Cole, District Attorney, Bradfield M. Shealy, Assistant District Attorney,* for appellee.